# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Jona DeJesus, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Rausch, Sturm, Israel, Enerson & Hornik, LLC; and Anita Sunde, | ) ) | |
| | ) | Case No. 1:13-cv-016 |
| Defendants. | ) | |

Before the court is a motion for attorney Robert Hornik to appear *pro hac vice* on behalf of Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Robert Hornik has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 3 ) is **GRANTED**. Attorney Robert Hornik is admitted to practice before this court in the above-entitled action on behalf of Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2014.

></br>
></br>

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge